## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD SCARANTINO, Individually and On Behalf of All Others Similarly Situated, )<br><br>Plaintiff, )<br><br>v. )<br><br>BARNES & NOBLE, INC., LEONARD RIGGIO, GEORGE CAMPBELL JR., MARK D. CARLETON, SCOTT S. COWEN, WILLIAM T. DILLARD II, AL FERRARA, PAUL B. GUENTHER, PATRICIA L. HIGGINS, IRWIN D. SIMON, KIMBERLY A. VAN DER ZON, CHAPTERS HOLDCO INC., and CHAPTERS MERGER SUB INC., )<br><br>Defendants. ) | Case No. 1:19-cv-01320-CFC |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Richard Scarantino ("Plaintiff") hereby voluntarily dismisses the above-captioned action (the "Action") with prejudice as to Plaintiff only, and without prejudice to the putative class. Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: July 29, 2019

**OF COUNSEL:**

**RM LAW, P.C.**
Richard A. Maniskas
1055 Westlakes Drive, Suite 300
Berwyn, PA 19312
Telephone: (484) 324-6800
Facsimile: (484) 631-1305
Email: rm@maniskas.com

**RIGRODSKY & LONG, P.A.**

By: */s/ Brian D. Long*
Brian D. Long (#4347)
Gina M. Serra (#5387)
300 Delaware Avenue, Suite 1220
Wilmington, DE 19801
Telephone: (302) 295-5310
Facsimile: (302) 654-7530
Email: bdl@rl-legal.com
Email: gms@rl-legal.com

*Attorneys for Plaintiff*